UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SIDNEY A POTTS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVE SINCLAIR.<br><br>　　　　　Respondent. | CASE NO. C14-5505 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this petition WITHOUT PREJUDICE for failure to exhaust the claims in state court.

(3) The Court will not issue a certificate of appealability.

DATED this 8th day of September, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1